

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00434-CV

---

IN THE INTEREST OF R.T., A CHILD

---

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 81109-C, Honorable Ana Estevez, Presiding

---

February 9, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, W.T., proceeding pro se, appeals from the trial court's order terminating his parental rights in a private termination proceeding in which the Department of Family and Protective Services was not involved.[1]  Appellant's brief was originally due January 11, 2024, but was not filed.  By letter of January 16, 2024, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by January 26.  To date, Appellant has neither filed a brief nor a motion requesting an extension to do so.

---

[1] To protect the privacy of the parties involved, we refer to them by their initials.  *See* TEX. R. APP. P. 9.8(b).

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam